THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.*
GEORGE MINKOWITZ, Respondent.

(Submitted May 7, 1917; decided May 15, 1917.)

Motion for re-argument denied.    (See 220 N. Y. 399.)